# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1-17-cr-123 |
| Hector Bo Everett, | ) | |
| Defendant. | ) | |

The court previously released the Defendant on a number of conditions. Condition (9) of this release subjected the Defendant to electronic monitoring by use of GPS unit. It has come to the court's attention that technical difficulties have arisen with the particular GPS unit assigned to the Defendant and no other GPS units are currently available. Because of this, the court modifies Condition (9) of the Defendant's release as follows:

> (9) Defendant shall be subject to electronic monitoring to be determined by the Pretrial Services Officer. Defendant shall follow the procedures specified by the Pretrial Services Officer regarding his electronic monitoring. Defendant shall pay all costs associated with his electronic monitoring, unless the Pretrial Services Officer determines the Defendant is financially unable to pay.

All other conditions of the Defendant's release shall remain in effect.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court